G. E. CROWDIS et al. v. STATE.

No. A-9162.    Feb. 5, 1937.
(64 Pac. [2d] 1248.)

W. F. Duncan, for plaintiff in error.

Mac Q. Williamson, Atty. Gen., for the State.

PER CURIAM.    The plaintiffs in error were convicted of the crime of assault and battery, and their punishment fixed at a fine of $75.

The record in this case was filed in this court on June 15, 1936; no brief has been filed in support of the plaintiffs' assignment of errors. A careful examination of the record discloses no fundamental errors. The evidence is sufficient to support the verdict of the jury. The case is therefore affirmed.